UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL BARNES, as the** personal representative of the estate of Gabriel Sage Barnes, | } } } } |
| Plaintiff, | } } |
| v. | } }  Case No.:  5:18-cv-00929-MHH |
| **BRYAN SMITH,** | } } |
| Defendant. | } |

## ORDER

Plaintiff Michael Barnes, as personal representative of the estate of Gabriel Sage Barnes, and Defendant Bryan Smith have filed a Joint Stipulation of Dismissal with prejudice. (Doc. 18). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this December 4, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE